UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GUILLERMO RODRIGUEZ, ID # 1679572, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:11-CV-1721-G (BH) |
| CHRIS BENTLEY, ET AL., | ) ) ) | |
| Defendants. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

For the reasons stated in the findings, conclusions, and recommendation, defendants' motion for summary judgment, filed August 3, 2012 (docket entry 37), is

**GRANTED** in part. Plaintiff's claims against defendants Chris Bentley and Mike Adams are **DISMISSED** with prejudice until he satisfies the conditions set forth in *Heck v. Humphrey*, 512 U.S. 477 (1994).

    **SO ORDERED**.

March 22, 2013.

                                              */s/ A. Joe Fish*
                                              **A. JOE FISH**
                                              **Senior United States District Judge**